| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 17-28615 / MBK**

Scott D. Mooney

Petition Filed Date: 09/13/2017
341 Hearing Date: 10/19/2017
Confirmation Date: 02/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,202.00 | 73403310 | 02/02/2021 | $1,202.00 | 74174540 | 03/01/2021 | $1,202.00 | 74848080 |
| 03/30/2021 | $1,202.00 | 75611870 | 05/03/2021 | $1,202.00 | 76385910 | 06/01/2021 | $1,202.00 | 77077370 |
| 06/29/2021 | $1,202.00 | 77738430 | 08/02/2021 | $1,202.00 | 78482160 | 08/31/2021 | $1,202.00 | 79144620 |
| 10/01/2021 | $1,202.00 | 79845200 | 11/01/2021 | $1,202.00 | 80497880 | 12/02/2021 | $1,202.00 | 81174020 |
| 01/03/2022 | $1,202.00 | 81818710 | 01/31/2022 | $1,202.00 | 82414480 | | | |

**Total Receipts for the Period: $16,828.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $59,108.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott D. Mooney | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARK A STEINBERG ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 2017 HYUNDAI TUCSON | Debt Secured by Vehicle | $569.10 | $569.10 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Crediors | $11,014.80 | $11,014.80 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011 | Unsecured Creditors | $11,207.84 | $3,747.93 | $7,459.91 |
| 4 | NEW YORK STATE<br>»» 2013 | Priority Crediors | $187.26 | $187.26 | $0.00 |
| 5 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2011 HONDA PILOT | Debt Secured by Vehicle | $480.00 | $480.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» FINGERHUT | Unsecured Creditors | $642.56 | $214.87 | $427.69 |
| 7 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $136.52 | $45.65 | $90.87 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $404.05 | $135.11 | $268.94 |
| 9 | LSF9 MASTER PARTICIPATION TRUST<br>»» P/111 NEPTUNE AVE/1ST MTG/ORDER 2/14/2018/US BANK TRUST | Mortgage Arrears | $35,820.84 | $35,820.84 | $0.00 |
| 10 | US DEPARTMENT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» TGI 2015/ORDER 1/28/2019 | Priority Crediors | $398.75 | $398.75 | $0.00 |

**Chapter 13 Case No. 17-28615 / MBK**

| 12 | NJ DIVISION OF TAXATION<br>»» TGI 2015 RF/ORDER 1/28/2019 | Unsecured Creditors | $300.80 | $100.59 | $200.21 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $59,108.35 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $52,714.90 | Current Monthly Payment: | $1,202.00 |
| Paid to Trustee: | $4,191.39 | Arrearages: | $32.00 |
| Funds on Hand: | $2,202.06 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

