| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Justin D. Plean, Esq.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487 | |
| In Re:<br>Kley F. Peralta,<br><br>Debtor. | Case No.:　　16-21251-RG<br><br>Chapter:　　7<br><br>Judge:　　Rosemary Gambardella |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Justin D. Plean, Esq. will be substituted as attorney of record for Aleisha Jennings, Esq., on behalf of Secured Creditor U.S. Bank National Association in this case. [1]

Date:  6/30/22                                                                          /s/ Justin Plean
                                                                                    Signature of Former Attorney


Date:  6/30/22                                                                          /s/ Aleisha Jennings
                                                                                    Signature of Substituted Attorney[2]

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

*rev.8/1/16*

| Case # | Chapter | Date Filed | Attorney Substituted Out | Attorney Substituted In |
| --- | --- | --- | --- | --- |
| 16-16575-MBK | 13 | 4/5/2016 | Justin Plean | Aleisha Jennings |
| 16-21251-RG | 7 | 6/9/2016 | Justin Plean | Aleisha Jennings |
| 16-25004-CMG | 13 | 8/4/2016 | Justin Plean | Aleisha Jennings |
| 17-16986-MBK | 13 | 4/6/2017 | Justin Plean | Aleisha Jennings |
| 17-19104-RG | 13 | 5/2/2017 | Justin Plean | Aleisha Jennings |
| 17-21108-RG | 13 | 5/30/2017 | Justin Plean | Aleisha Jennings |
| 17-21572-CMG | 13 | 6/5/2017 | Justin Plean | Aleisha Jennings |
| 17-25333-CMG | 13 | 7/28/2017 | Justin Plean | Aleisha Jennings |
| 17-26447-RG | 13 | 8/14/2017 | Justin Plean | Aleisha Jennings |
| 17-28615-MBK | 13 | 9/13/2017 | Justin Plean | Aleisha Jennings |
| 17-28661-SLM | 13 | 9/14/2017 | Justin Plean | Aleisha Jennings |
| 17-29824-SLM | 13 | 9/29/2017 | Justin Plean | Aleisha Jennings |
| 17-32945-CMG | 13 | 11/13/2017 | Justin Plean | Aleisha Jennings |
| 17-35211-CMG | 13 | 12/14/2017 | Justin Plean | Aleisha Jennings |
| 18-16319-MBK | 13 | 3/30/2018 | Justin Plean | Aleisha Jennings |
| 19-15833-MBK | 13 | 3/22/2019 | Justin Plean | Aleisha Jennings |
| 19-32045-CMG | 13 | 11/22/2019 | Justin Plean | Aleisha Jennings |
| 19-32804-MBK | 13 | 12/6/2019 | Justin Plean | Aleisha Jennings |