Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−28615−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scott D. Mooney
    111 Neptune Avenue
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−8671

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: Scott D. Mooney
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: August 30, 2022
JAN: wdr

                                        Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-28615-MBK

Scott D. Mooney                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2
Date Rcvd: Aug 30, 2022                       Form ID: ntcfncur                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

**Recip ID               Recipient Name and Address**
db                  +   Scott D. Mooney, 111 Neptune Avenue, Neptune, NJ 07753-6352

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LSF9 Master Participation Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust kbuttery@moodklaw.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 30, 2022                        Form ID: ntcfncur                          Total Noticed: 1

Mark A. Steinberg
                    on behalf of Debtor Scott D. Mooney msteinb517@aol.com  a.mr73712@notify.bestcase.com

Rebecca Ann Solarz
                    on behalf of Creditor LSF9 Master Participation Trust rsolarz@kmllawgroup.com

Sindi Mncina
                    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust smncina@raslg.com

Steven P. Kelly
                    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com,
                    bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
                    on behalf of Creditor State of New Jersey Valerie.Hamilton@law.njoag.gov


TOTAL: 12