Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 17−28615−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott D. Mooney
   111 Neptune Avenue
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−8671

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after November 17, 2022 for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 18, 2022
JAN: wdr

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Scott D. Mooney  
    Debtor

Case No. 17-28615-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Oct 18, 2022     Form ID: clsnodsc     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D. Mooney, 111 Neptune Avenue, Neptune, NJ 07753-6352 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 18, 2022 | Form ID: clsnodsc | Total Noticed: 3 |

Aleisha Candace Jennings
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust ajennings@raslg.com

Brian C. Nicholas
    on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor LSF9 Master Participation Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin M. Buttery
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust kbuttery@moodklaw.com

Mark A. Steinberg
    on behalf of Debtor Scott D. Mooney msteinb517@aol.com  a.mr73712@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust smncina@raslg.com

Steven P. Kelly
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor State of New Jersey Valerie.Hamilton@law.njoag.gov

TOTAL: 11